# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| AL FLORA, JR., AND ADAM KUREN AND STEVEN ALLABAUGH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | : No. 951 MAL 2014 <br> : <br> : <br> : Petition for Allowance of Appeal from the <br> : Order of the Commonwealth Court |
| Petitioners | : |
| v. | : |
| LUZERNE COUNTY OF THE COMMONWEALTH OF PENNSYLVANIA AND ROBERT C. LAWTON, COUNTY MANAGER, IN HIS OFFICIAL CAPACITY, | : |
| Respondents | : |

| | |
|---|---|
| AL FLORA, JR., AND ADAM KUREN AND STEVEN ALLABAUGH, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | : No. 952 MAL 2014 <br> : <br> : <br> : Petition for Allowance of Appeal from the <br> : Order of the Commonwealth Court |
| Petitioners | : |
| v. | : |
| LUZERNE COUNTY OF THE COMMONWEALTH OF PENNSYLVANIA AND ROBERT C. LAWTON, COUNTY MANAGER, IN HIS OFFICIAL CAPACITY, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issues, as stated by Petitioners, are:

(1)     In a matter of first impression, do petitioners state a claim for constructive denial of counsel under the Sixth and Fourteenth Amendments to the United States Constitution, and Article 1, Section 9 of the Pennsylvania Constitution, based on chronic and systemic deficiencies in the operation of Luzerne County's Office of the Public Defender that deprive them and the class they seek to represent of their right to effective assistance of counsel? See Pa. R.A.P. 1114(b)(3), (4).

(2)     Do Petitioners state a claim of mandamus to compel Respondents to provide adequate funding for Luzerne County's Office of the Public Defender, as required by the Commonwealth's Public Defender Act, 16 Pa. Cons. Stat. §§ 9960.1 – 9960.13 (hereinafter the "Public Defender Act")? See Pa. R.A.P. 1114(b)(2).